# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| LAS VEGAS DEVELOPMENT GROUP, LLC,<br><br>Appellant,<br>vs.<br>WELLS FARGO BANK, N.A., AS TRUSTEE ON BEHALF OF THE HOLDERS OF THE HARBORVIEW MORTGAGE LOAN TRUST MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2006-12,<br>Respondent. | No. 75090<br><br>**FILED**<br><br>NOV 0 8 2018<br><br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY _____<br>DEPUTY CLERK |

## *ORDER DISMISSING APPEAL*

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____


cc: Hon. Nancy L. Allf, District Judge
Janet Trost, Settlement Judge
Roger P. Croteau & Associates, Ltd.
Wright, Finlay & Zak, LLP/Las Vegas
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

**CLERK'S ORDER**

(O)-1947

18-903415